AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:22-cr-00019 | Date and time warrant executed: 12/15/2021 0913 hrs | Copy of warrant and inventory left with: J. Joyner |
| Inventory made in the presence of: H. Barraco | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

amount
$100,100.00
$29,790.80
―――――――
$129,890.80

account number
333000248
331016816

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/17/2021

*Hailey Barraco*
*Executing officer's signature*

Hailey Barraco, Special Agent
*Printed name and title*